1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, ex rel.,
SCHROEDER,

                    Plaintiff,

      vs.

CH2M HILL, d/b/a CH2M HILL
HANFORD GROUP,

                Defendant.

NO.  CV-09-5038-LRS

ORDER

11

12

     Having reviewed and considered the Parties Joint Status Report Regarding Finalization of Tentative Settlement, the Court rules as follows:

13

14

15

     1.     The pending deadlines for the United States to file and serve its Complaint upon the Defendant, and for the relator to serve its Complaint upon the Defendant, are hereby stayed through and including February 8, 2013.

16

17

     2.     By February 7, 2013, the Parties will file either a Stipulation of Dismissal or a Joint Status Report advising the Court of the status of settlement discussions.

18

19

20

     3.  The January 17, 2013 telephonic argument on the United States' Motion To Dismiss Relator (ECF No. 24) is VACATED and that motion and hearing of the same are STAYED pending further order of the court.

21

     IT IS SO ORDERED.

22

     DATED this 7th day of January, 2013.

23

24

25

*s/Lonny R. Suko*

_____

       LONNY SUKO
    United States District Judge

[PROPOSED] ORDER- 1