JACKSON SCHMIDT
Pepple Cantu Schmidt PLLC
1501 Western Avenue, Suite 600
206.625.1711 / 206.625.1627 Fax
jschmidt@pcslegal.com
*Attorneys for Relator Schroeder*

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, SCHROEDER, | NO. CV-09-5038-LRS |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| CH2M HILL, d/b/a CH2M HILL HANFORD GROUP, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that CARL SCHROEDER, relator in the above-named action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment, specifically the Order Granting Motion to Dismiss, which granted Plaintiff the United States of America's Motion to Dismiss Relator, entered in this action on the 13th day of May, 2013.

PEPPLE CANTU SCHMIDT PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

NOTICE OF APPEAL - 1

1

DATED this 28th day of May, 2013 at Seattle, Washington.

2
                                    PEPPLE CANTU SCHMIDT PLLC

3

By  /s/ Jackson Schmidt
4
Jackson Schmidt, WSBA 16848

5
Pepple Cantu Schmidt PLLC
1501 Western Avenue, Suite 600
6
206.625.1711 / 206.625.1627 Fax
jschmidt@pcslegal.com
7
*Attorneys for Relator Carl Schroeder*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEAL - 2

## CERTIFICATE OF SERVICE

I, Dawn Anderson, declare that I am employed by the law firm of Pepple Cantu Schmidt PLLC, 1501 Western Avenue, Suite 600, Seattle, King County, Washington; that I am over 18 years of age and not a party to this action.

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

Stuart F. Delery
Daniel H. Fruchter
Michael C. Ormsby
Tyler H.L. Tornabene
U.S. DEPARTMENT OF JUSTICE
Post Office Box 1494
Spokane, WA 99210-1494
509.353.2767 / 509.835.6397 Fax

☐ Messenger
☐ Facsimile
☐ U.S. Mail
☐ Overnight Courier
☒ Email and/or CM/ECF

and

Post Office Box 261
Ben Franklin Station
Washington, DC 20044
202.305.2035 / 202.616.4286 fax

*Attorneys for Plaintiff, United States of America*

Dated this 28th day of May, 2013.

/s/ Dawn Anderson
Dawn Anderson

PEPPLE CANTU SCHMIDT PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

NOTICE OF APPEAL - 3